**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ALFRED J. RUSSO, | : | No. 28 WAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated October 7, |
| | : | 2015 at No. 185 M.D. 2015. |
| v. | : | |
| | : | |
| | : | |
| ALLEGHENY COUNTY, AND THE | : | |
| COURT OF COMMON PLEAS OF | : | |
| ALLEGHENY COUNTY, | : | |
| PENNSYLVANIA, CRIMINAL DIVISION, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 18th day of October, 2016, the October 7, 2015 order of the Commonwealth Court is hereby **AFFIRMED**.  Appellant's appeal from the February 12, 2015 order of the Allegheny County Court of Common Pleas is **QUASHED**.